UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JEROME MARCHE WILLIAMS,<br><br>                    Defendant. | CASE NO. MJ 16-5007<br><br>DETENTION ORDER |

<u>Offense charged</u>:      Escape

<u>Date of Detention Hearing</u>:     February 2, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged by Complaint with Escape from a federal facility, the Tacoma Residential Reentry Center, where he had been ordered to reside as part of his sentence for violating the conditions of his supervised release in Case No. CR07-245 RSM.

2.   Defendant does not contest entry of an order of detention.

DETENTION ORDER
PAGE - 1

3. Defendant poses a risk of danger based on criminal history, a history of noncompliance on supervision, and the nature of the alleged offense. He poses a risk of nonappearance due to a history of residential instability, noncompliance on supervision, and the nature of the alleged offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 2nd day of February, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 2